## Commonwealth *v.* Henry, Appellant.

Submitted

820

December 6, 1973. *George Gershenfeld,* for appellant; *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

    Judgment of sentence affirmed.

    Spaulding, J., absent.